No. 1603. RODRÍGUEZ, APPELLEE, v. INFANZÓN, APPEL- LANT.—Damages. San Juan, Section 1. December 22, 1916. *Appeal dismissed for lack of jurisdiction.*

No. 1664. RIVAS, APPELLEE, v. CRUZ ET AL., APPELLANTS.— Nullity. Humacao. December 22, 1916. *Appeal dismissed.*

No. 1115. PEOPLE, APPELLEE, v. RIVERA, ET AL., APPEL- LANTS.—Gambling. Ponce.

No. 1122. PEOPLE, APPELLEE, v. CASTAÑEDA ET AL., APPEL- LANTS.—Breach of peace. San Juan, Section 2.

December 22, 1916. *Judgments affirmed.*

No. 1081. PEOPLE, APPELLEE, v. RICCI, APPELLANT.—

No. 1082. PEOPLE, APPELLEE, v. RICCI, APPELLANT.—

Violations of section 14 of the Civil Service Act. Guayama. January 9, 1917. *Dismissed on account of the death of the accused.*

No. 1610. ORTIZ, APPELLEE, v. GUARDIAN ASSURANCE CO., LTD., APPELLANT.—Approval of bill of exceptions.

No. 1611. ORTIZ v. GUARDIAN ASSURANCE CO., LTD.—Action to recover amount due on policy.

Guayama. January 12, 1917. *Appeals dismissed.*

No. 172. PADOVANI, PETITIONER, v. FOOTE, DISTRICT JUDGE. RESPONDENT.—Certiorari. January 12, 1917. *Petition denied.*

No. 1612. PEOPLE. APPELLEE, v. BARROS, APPELLANT.—Intestate proceedings. San Juan, Section 2. January 16, 1917. *Appeal dismissed.*